IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-03072-PAB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: April 18, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                          *Counsel:*

VALERIE ANNE SCHLECHT,                *Pro Se*

     Plaintiff,

v.

LOCKHEED MARTIN CORPORATION,          Austin E. Smith

     Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   TELEPHONIC DISCOVERY CONFERENCE**
**Court in Session:      3:58 p.m.**
Court calls case.  Appearances of counsel.

Discussion between the court and Ms. Schlecht regarding Rule 26(c) and their stipulated protective order (there is a disagreement as to what it means in this case), designating confidential information (medical), the filing of restricted documents with court (notice regarding Ms. Schlecht's disability Docket no. 22, filed on 4/4/2012), the previous preliminary scheduling conference (the deadlines set at that hearing), what discovery has been pursued to date, Rule 36, interrogatories, requests for production, requests for admissions, taking depositions verses written discovery, Rule 26(b)(1), the Federal Common Law and the lack of doctor-client privilege, and Rule 45.

Discussion between the court and Mr. Smith regarding the requests for productions that have been served on the plaintiff, Rule 34, Rule 26(g) and certifying discovery request, the notice to Ms. Schlecht requesting to take her deposition, and asking Ms. Schlecht to sign medical records release forms.

Discussion regarding how to get this case moving forward and possible future date settings.

**ORDERED:**   A Status Conference is set for **April 30, 2012 at 11:15 a.m. at which both parties shall be required to appear in person**.  No depositions shall be taken before this hearing date.

**ORDERED:**   Counsel for the defendant shall draft new discovery requests that comply with Rule 26(g).  The court will treat the defendant's previous discovery requests as withdrawn.

**ORDERED:**   The court **DENIES** the plaintiff's First MOTION to Strike Defendant's Affirmative Defenses (Docket no. 20, filed on 3/17/2012).

Parties agree to continue to work through discovery until the Status Conference.

HEARING CONCLUDED.

**Court in recess**:        **5:07 p.m.**
Total time in court:   01:09

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.