IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03072-PAB-CBS

VALERIE ANNE SCHLECHT,
    Plaintiff,
v.

LOCKHEED MARTIN CORPORATION d/b/a Lockheed Martin Space Systems Company,
    Defendant.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    Pursuant to the Order of Reference dated December 9, 2011 (Doc. # 6), this civil action was referred to the Magistrate Judge. This action comes before the court to request that this case be placed on the list of cases for which counsel may choose to volunteer. The court has reviewed the entire case and the applicable law and is sufficiently advised in the premises.

    While indigent civil litigants have no constitutional or statutory right to be represented by a lawyer, *Merritt v. Faulkner*, 697 F.2d 761, 763 (7th Cir. 1983), in its discretion the court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). The court may request legal counsel for Ms. Schlecht by placing this case on the list for volunteer counsel.

    Accordingly, the court requests that the Clerk of the Court place this case on the list of cases for which counsel may choose to volunteer.

    DATED at Denver, Colorado, this 11th day of July, 2012.

1

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge