IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03072-PAB-CBS

VALERIE ANNE SCHLECHT,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION,
 d/b/a Lockheed Martin Space Systems Company,

    Defendant.

---

## AUTHORIZATION FOR VIDEOTAPED DEPOSITION

---

Magistrate Judge Craig B. Shaffer

    THIS MATTER COMES before the court upon the setting of a videotaped deposition to take place on September 5, 2012 at 9:00 a.m. in the Jury Room (A-423) of United States Magistrate Judge Craig B. Shaffer located in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    IT IS ORDERED that Timothy Ortmeier and Laurie Heckman are permitted to bring any necessary audiovisual recording equipment into the Alfred J. Arraj U.S. Courthouse for the sole purpose of recording the deposition.

DATED at Denver, Colorado, on August 27, 2012.

                                          BY THE COURT:

                                          *s/Craig B. Shaffer*
                                          United States Magistrate Judge