IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:11-cv-03072-PAB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: August 30, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*

VALERIE ANNE SCHLECHT,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION,

    Defendant.

*Counsel:*

*Pro Se*

Austin E. Smith
David Daniel Powell , Jr.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:     2:03 p.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the plaintiff's First MOTION for Protective Order (Docket No. 40, filed on 8/29/2012).

Discussion between the court and Ms. Schlecht regarding HIPPA and Rule 501, Rule 26(c) pertaining to limiting the scope of discovery, Rule 56, and Rule 804 pertaining to the use of depositions during trial.

Discussion between the court and Ms. Schlecht regarding disclosure obligations set forth in Rule 26(a)(2)(b), Rule 30, Local Rule 30.3, Rule 702, Rule 26(e) pertaining to supplementing disclosures, Rule 16(b) pertaining to extending discovery deadlines upon the showing of good cause, and Rule 33 pertaining to serving interrogatories on other parties in the law suit.  The court advises that it would be willing to extend the time to supplement disclosures by two weeks but will not extend the discovery deadline.

Discussion between the court and Ms. Schlecht regarding her September 5, 2012 deposition.

For the reasons as stated on the record,

**ORDERED:**   The court **DENIES** plaintiff's First MOTION for Protective Order (Docket No. 40, filed on 8/29/2012).

HEARING CONCLUDED.

**Court in recess**:      **4:03 p.m.**
Total time in court:    02:00

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.