IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03072-PAB-CBS

VALERIE ANNE SCHLECHT,
    Plaintiff,
v.

LOCKHEED MARTIN CORPORATION, a/k/a LOCKHEED MARTIN SPACE SYSTEMS COMPANY,
    Defendant.

## ORDER

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on "Defendants' Unopposed Motion for Leave to File First Amended Answer to Plaintiff's Title VII Complaint." Pursuant to the Order of Reference dated December 9, 2011 (Doc. # 6) and the memorandum dated October 3, 2012 (Doc. # 52), this matter was referred to the Magistrate Judge. The court having reviewed the Motion, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    "Defendants' Unopposed Motion for Leave to File First Amended Answer to Plaintiff's Title VII Complaint" (filed October 2, 2012) (Doc. # 51) is GRANTED.

    2.    Defendants' "First Amended Answer to Plaintiff's Title VII Complaint" (Doc. # 51-1) is accepted for filing as of the date of this Order.

DATED at Denver, Colorado this 3rd day of October, 2012.

BY THE COURT:

    s/ Craig B. Shaffer
    United States Magistrate Judge