IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-03072-PAB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: October 19, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                          *Counsel:*

VALERIE ANNE SCHLECHT,                          *Pro Se*

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION,          David Daniel Powell , Jr.

    Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:     3:45 p.m.**
Court calls case.  Appearances of counsel.

Discussion between the parties and the court regarding the plaintiff's MOTION for Sanctions for Violations of D.C.COLO.LCivR 30.1 and Motion for Protective Order Regarding Deposition of Nikolas Golosow, M. D. (Docket No. 55, filed on 10/12/2012) and the defendant's RESPONSE to #55 MOTION for Sanctions for Violations of D.C.COLO.LCivR 30.1 and Motion for Protective Order Regarding Deposition of Nikolas Golosow, M. D. (Docket No. 57, filed on 10/18/2012).

Discussion between the parties and the court regarding Rule 30.1, Rule 30.1(a), and Rule 26(c).

**ORDERED:**   The court shall extend the discovery deadline to **November 30, 2012** and extend the dispositive motions deadline to **December 21, 2012**.  The court strongly advises the plaintiff that it shall not move these deadlines again for any reason.

**ORDERED:**   The court **DENIES** the plaintiff's MOTION for Sanctions for Violations of D.C.COLO.LCivR 30.1 and Motion for Protective Order Regarding Deposition of Nikolas Golosow, M. D. (Docket No. 55, filed on 10/12/2012).

Discussion between the court and the plaintiff regarding rule 37(a), Rule 37(a)(5), Rule 26(b)(1), and the court awarding fees and costs.  The court advises the plaintiff that if she wants to file a motion to compel she may do so but she must first complete the meet and confer process.

HEARING CONCLUDED.

**Court in recess**:     **4:35 p.m.**
Total time in court:    01:00

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.