IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03072-PAB-CBS

VALERIE ANNE SCHLECHT,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on the Joint Motion for Settlement Conference [Docket No. 66], wherein the parties ask the Court to authorize a settlement conference before the assigned magistrate judge.  Good cause appearing, it is

    ORDERED that, pursuant to D.C.COLO.LCivR 16.6A, Magistrate Judge Craig B. Shaffer is authorized to conduct a settlement conference in this case.

    DATED November 27, 2012.