IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03072-PAB-CBS

VALERIE ANNE SCHLECHT,
        Plaintiff,
v.

LOCKHEED MARTIN CORPORATION d/b/a Lockheed Martin Space Systems Company,
        Defendant.

---

## ORDER OF RECUSAL

---

Magistrate Judge Craig B. Shaffer

        A Magistrate Judge "shall disqualify himself in any proceeding in which his impartiality might be reasonably be questioned."  28 U.S.C. § 455(a).  Based on the recent commencement of professional dealings between the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and one of my family members, in order to avoid the appearance of impropriety, I hereby recuse myself from this action.  The Clerk of the Court shall assign this case to another Magistrate Judge.

        Dated at Denver, Colorado this 15th day of February, 2013.

                        BY THE COURT:


                         s/Craig B. Shaffer
                        United States Magistrate Judge