IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-03072-PAB-BNB

VALERIE ANNE SCHLECHT,

Plaintiff,

v.

LOCKHEED MARTIN CORPORATION,

Defendant.

_____

## ORDER

_____

This matter arises on the **Motion for Leave to Withdraw** [Doc. # 74, filed 2/13/2013]

(the "Motion to Withdraw").  I held a hearing on the Motion to Withdraw this morning and made

rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Withdraw [Doc. # 74] is GRANTED.  Frederick W. Newall is

relieved of any continuing responsibility in the case.  The plaintiff is cautioned that she now is

proceeding pro se and personally is responsible for complying with all court orders and time

limitations established by any applicable rules.

(2)     The defendant shall respond to outstanding discovery on or before March 22, 2013.

(3)     The dispositive motion deadline is extended to and including April 8, 2013.

Dated March 18, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge