IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03072-RM-BNB

VALERIE ANNE SCHLECHT,

Plaintiff,

v.

LOCKHEED MARTIN CORPORATION,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion for Leave to File Amended Response to Defendant's Motion for Summary Judgment** [docket no. 115, filed August 9, 2013] (the "Motion").

IT IS ORDERED that the defendant shall respond to the Motion on or before **August 30, 2013**.

DATED:  August 12, 2013