IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03072-RM-MEH

VALERIE ANNE SCHLECHT,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 27, 2015**.

    Plaintiff's Unopposed Motion to Unrestrict Letter re: Valerie Schlecht [filed March 26, 2015; docket #152] is **granted**. The Clerk of the Court shall remove from restriction the document found at docket #43.

    Plaintiff's Unopposed Motion for Preparation at Government Expense of Partial Transcript of Hearing [filed March 26, 2015; docket #153] is **denied without prejudice**. Plaintiff seeks preparation of a written transcript of the final 48 minutes of a hearing held on "April 28, 2012"; however, the docket reflects no hearings held on that date. Instead, hearings were held on April 18, 2012 (docket #30) and April 30, 2012 (docket #31).