IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-03072-RM-MEH

VALERIE ANNE SCHLECHT,

      Plaintiff,

v.

LOCKHEED MARTIN CORPORATION,

      Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 31, 2015**.

      Plaintiff's Unopposed Second Motion for Preparation at Government Expense of Partial Transcript of Hearing [filed March 30, 2015; docket #156] is **granted**.  The Clerk of the Court is directed to arrange preparation of a written transcript of the final 48 minutes of the hearing held on April 18, 2012 (docket #30).